# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICKY MONROE-RICKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 21-3061 (UNA) |
| ) | |
| UNITED STATES ATTORNEYS ) | |
| FOR D.C., *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

Vicky Monroe, proceeding *pro se*, purports to file a petition for a writ of habeas corpus on behalf of her son, Ronald N. Monroe. As the Court has advised in prior cases, she may not represent another individual or class of individuals in federal court. *See, e.g., Monroe-Ricks v. United States*, No. 1:21-CV-0825 (D.D.C. Apr. 27, 2021); *Monroe-Ricks v. United States*, No. 1:17-CV-1259 (D.D.C. July 19, 2017). Absent any allegations suggesting that she is pursuing claims on her own behalf, the Court will dismiss the petition and this civil action without prejudice. The application to proceed *in forma pauperis* will be granted. An Order is issued separately.

DATE: November 29, 2021

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge